# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE KIRKER,<br><br>                Plaintiff,<br><br>vs.<br><br>DUNBARR, VERDE & ASSOCIATES, LLC,<br><br>                Defendant. | Case No. 2:11-cv-01831-GMN-PAL<br><br>**ORDER**<br><br>(Mtn for Clerk's Default - Dkt. #7) |

      This matter is before the court on Plaintiff Steve Kirker's Motion for Entry of Clerk's Default (Dkt. #7) filed March 1, 2012. On March 2, 2012, the Clerk of Court entered a Notice (Dkt. #2) advising Plaintiff's counsel, Mark Bourassa, that his Motion did not comply with Rule 55(a) of the Federal Rules of Civil Procedure because counsel had only filed a proposed entry of Clerk's default and failed to attach a motion and affidavit. The Notice directed Mr. Bourassa to file a corrected PDF image containing all the necessary information required by Rule 55(a). Counsel has not complied.

      Accordingly,

      **IT IS ORDERED** that Plaintiff's Motion for Entry of Clerk's Default (Dkt. #7) is DENIED WITHOUT PREJUDICE.

      Dated this 3rd day of July, 2012.

                                                              _____<br>
                                                              PEGGY A. LEEN<br>
                                                              UNITED STATES MAGISTRATE JUDGE