# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE KIRKER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DUNBARR, VERDE & ASSOCIATES, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:11-cv-01831-GMN-PAL<br><br>**ORDER**<br><br>(Mtn for Clerk's Default - Dkt. #7) |

　　　　This matter is before the court on Plaintiff Steve Kirker's Motion for Entry of Clerk's Default (Dkt. #7) filed March 1, 2012.  On March 2, 2012, the Clerk of Court entered a Notice (Dkt. #2) advising Plaintiff's counsel, Mark Bourassa, that his Motion did not comply with Rule 55(a) of the Federal Rules of Civil Procedure because counsel had only filed a proposed entry of Clerk's default and failed to attach a motion and affidavit.  The Notice directed Mr. Bourassa to file a corrected PDF image containing all the necessary information required by Rule 55(a).  Counsel has not complied.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's Motion for Entry of Clerk's Default (Dkt. #7) is DENIED WITHOUT PREJUDICE.

　　　　Dated this 3rd day of July, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE