MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| STEVE KIRKER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DANBARR, VERDE & ASSOCIATES, LLC, a California limited liability company,<br><br>Defendant. | Case No.: 2:11-cv-01831<br><br>**DEFAULT JUDGMENT** |

  An Application for Entry of Default Judgment having been duly made by Plaintiff, STEVE KIRKER, for a judgment against Defendant, DANBARR, VERDE & ASSOCIATES, LLC, and the default of said Defendant having been duly entered for Defendant's failure to answer or otherwise defend as to the complaint of Plaintiff, and it appearing that said Defendant is not in the military service of the United States and is not an infant or incompetent person, and good cause appearing therefore,

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff, STEVE KIRKER, and against Defendant, DANBARR, VERDE & ASSOCIATES, LLC, and that said Defendant must pay the Plaintiff the following amounts:

1. Plaintiff's actual damages in the amount of $2,300;

2. statutory damages in the amount of $1,000.00;

3. costs of suit in the amount of $475.00; and

4. attorney's fees in the amount of $2,532.50,

for a total Judgment in favor of Plaintiff and against Defendant in the amount of **six thousand five hundred seven dollars and fifty cents ($6,507.50)**, all to bear interest at the statutory rate from date of entry of this Judgment until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment shall be considered a final Judgment for all purposes.

FOR WHICH SUMS LET EXECUTION ISSUE.

**DATED** this 3rd day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted By:

THE BOURASSA LAW GROUP, LLC

*s/s Mark J. Bourassa, Esq.*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **DEFAULT JUDGMENT** was electronically filed this _____ day of _____ 2014, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this ____ day of _____ 2014 as follows:

Dunbarr, Verde & Associates, LLC.
c/o Barry Revis
24160 Decorah Road
Diamond Bar, CA 91765
*Resident Agent*

Danbarr, Verde & Associates, LLC
11993 Magnolia Ave., Ste R
Riverside, California 92503
*Defendant*

DVA & Associates
P.O. Box 77193
Riverside, California 92503
*Defendant*

/s/ Hilary Steward
An employee of the
The Bourassa Law Group, LLC